# EXHIBIT D

Date:  Wednesday June 1, 2022

To:  Ben Town, Tom Seymour

From: Christopher Wascak

RE:  Letter of Resignation

All,

I am writing this letter to inform you about my decision to resign from the position of Senior Director- Global Head of Business Development at mthree (Wiley Edge).

This was a hard decision and one that I did not take lightly, but I realize it is time for me to step away and pursue new endeavors.  I would like to express my thankfulness to mthree/Wiley for taking a chance on me almost 4 years ago.  I will look back and appreciate all the people I've encountered, and time spent helping this company grow.

Please let me know the next steps on how you would like to handle my notice period, as well as smoothly transition MSA and client handovers to the correct people.

I wish mthree/Wiley and all its employees continued success.  As always feel free to contact me at (323) 333-9018.

Sincerely,

Christopher Wascak