# EXHIBIT E

June 27, 2022

To Whom It May Concern:

I am writing to provide formal notice of my resignation from the Director of Inside Sales position with Wiley Edge. I have enjoyed the journey from mthree to Wiley over the last 2.5 years and appreciate the trust you all placed in me to lay the foundation for the new Inside Sales team. We had a great first year and I am certain that this function will continue to thrive.

The decision to leave has not been an easy one as I truly feel a part of something awesome with Wiley Edge. That said, I am going to take some time off to explore other opportunities and make the right next step for my career. I am ready to support Wiley Edge in any way needed to make the transition of my responsibilities as smooth as possible.

Please advise on how to best return all Wiley Edge property.

Wishing the entire Wiley Edge team the best of luck in FY23.

Sincerely,

Robert Rolle
860-560-3675
RobertJRolle@gmail.com