# EXHIBIT F



**Private and Confidential**
Christopher Wascak
11410 Reston Station Blvd.
557
Reston, VA 20190

June 15, 2022

Dear Chris:

**Re: Confirmation of Your Resignation**

This letter confirms mthree's acceptance of your resignation submitted on June 1, 2022. We appreciate your notice and commitment to handover. As mutually agreed, your last day of employment with the Company will be **August 31, 2022** ("Termination Date"). Pursuant to paragraph 11 of your Offer Letter, from the period of June 17, 2022 ("Last Working Day") through your Termination Date you will be placed on garden leave to serve out the balance of your notice period.

Please ensure you have returned all property belonging to the Company before your Last Working Day. This includes, where applicable, security pass, IT equipment, any documents or files (both hard copies and those held electronically).

mthree wishes to remind you of the post-termination clauses detailed in your Offer Letter, Terms & Conditions, related to Restrictive Covenants, Intellectual Property and Confidentiality as well as those contained in your equity grants. These continuing legal obligations include an obligation to preserve the secrecy of confidential information to which you were exposed during your employment as well as the prohibition on competition with the Company and on direct and indirect solicitation of any mthree employees, consultants or clients/customers. Specifically, there is a 6-month non-compete clause and 12-month non-interfering (solicitation) clause from your date of termination (copy of offer letter attached). The non-interfering (solicitation) clause includes colleagues as well as existing and prospected corporate partners.

Your final salary up until August 31, 2022, less any other applicable deductions will be paid to you on/around September 15, 2022. Please see the attached document for information regarding your benefits.

Please keep your contact information up to date so that we can provide you with year-end tax documents (W2) when they become available.

Chris, thank you for your contributions to mthree and best of luck in your future endeavors!

Yours Sincerely,

*[signature]*

Kelly Sweasy

mthree
111 River Street
2nd Floor
Hoboken, NJ 07030

Registered C.N.
Registered in
Company No

MThree Corporate Consulting Ltd trading as mthree
United States
33-1229084

+1 (631) 771 1710
info@mthree.com
mthree.com

Page
1