# EXHIBIT G



**Private and Confidential**
Robert Rolle
7008 Garamond Wood Dr
Charlotte, NC 28278
United States of America

June 30, 2022

Dear Robert:

**Re: Confirmation of Your Resignation**

This letter confirms mthree's acceptance of your resignation submitted on Monday, June 27, 2022. We appreciate your notice and commitment to a handover. As per your 30 days' notice in your offer letter, your last day of employment with the Company will be **July 26, 2022** ("Termination Date").  Pursuant to paragraph 11 of your Offer Letter, from the period of 11th July 2022 ("Last Working Day") through your Termination Date you will be placed on garden leave to serve out the balance of your notice period.

Please ensure you have returned all property belonging to the Company before your Last Working Day. This includes, where applicable, security pass, IT equipment, any documents or files (both hard copies and those held electronically).

mthree wishes to remind you of the post-termination clauses detailed in your Offer Letter, Terms & Conditions, related to Restrictive Covenants, Intellectual Property and Confidentiality. These continuing legal obligations include an obligation to preserve the secrecy of confidential information to which you were exposed during your employment as well as the prohibition on competition with the Company and on direct and indirect solicitation of any mthree employees, consultants or clients/customers.  Specifically, there is a 6-month non-compete clause and 12-month non-interfering (solicitation) clause from your date of termination (copy of offer letter attached).  The non-interfering (solicitation) clause includes colleagues as well as existing and prospected corporate partners.

Your final salary up until July 26th, 2022, less any other applicable deductions will be paid to you on/around July 31st, 2022. Please see the attached document for information regarding your benefits.

Please keep your contact information up to date so that we can provide you with year-end tax documents (W2) when they become available.

Rob, thank you for your contributions to mthree and best of luck in your future endeavors!

Yours Sincerely,

Ben Town (Jun 30, 2022 12:41 GMT+1)

Ben Town
VP Sales, mthree

mthree
111 River Street
2nd Floor
Hoboken, NJ 07030

Registered C.N.   MThree Corporate Consulting Ltd trading as mthree
Registered in     United States
Company No        33-1229084

+1 (631) 771 1710
info@mthree.com
mthree.com

Page 1