# EXHIBIT I

**From:** Seymour, Tom <Thomas.Seymour@wileyedge.com>
**Sent:** Tuesday, July 26, 2022 5:57 AM
**To:** Payroll.US.inquiries <Payroll.US.inquiries@wiley.com>
**Cc:** Grazioso, Kristy <kgrazioso@wiley.com>; Sweasy, Kelly <ksweasy@wiley.com>
**Subject:** FW: Termination

Please do not pay Rob Role past 19th July – I have raised a case to terminate his employment early on Workday.

**Tom Seymour**
**Senior Director, HR**

**t:**   (+44) 207 870 4026
**m:**  (+44) 7468 968 335
**a:**   3 Harbour Exchange Square, Canary Wharf, London, E14 9GE
**w:**   wileyedge.com



**My working day may not be the same as yours – please do not feel obligated to reply to this email outside of your normal working hours**

**From:** Robert Rolle <robertjrolle@gmail.com>
**Sent:** 22 July 2022 01:02
**To:** Seymour, Tom <Thomas.Seymour@wileyedge.com>
**Cc:** Sweasy, Kelly <ksweasy@wiley.com>
**Subject:** Re: Termination

⊖  This is an external email.

Hi Tom,

Thanks for your note, but Section 11 of my offer letter states that I am an employee at will and "may terminate the employment relationship at any time and for any reason with or without cause or

notice."

Pursuant to that section, I terminated my relationship with Wiley Edge on July 19, 2022 and am no longer an employee. The only compensation owed to me is for worked done up to and including July 19th.  I am not on garden leave and have no employment relationship with Wiley Edge as of July 19th.

Thank you and please send my last pay check by mail at the address below as I have changed my bank account.

7008 Garamond Wood Dr
Charlotte, NC 28278

Rob

> On Jul 20, 2022, at 1:25 PM, Seymour, Tom <Thomas.Seymour@wileyedge.com> wrote:
>
> Rob:
>
> We have received your note dated July 19, 2022, attempting to prematurely end your garden leave in violation of the terms of your offer letter.  On June 27, you resigned from your employment with Wiley Edge and, per the terms and conditions contained in Section 11 of your Offer Letter, Wiley has placed you on Garden Leave for the balance of your 30-day notice period, through July 26.  During this time, you remain an employee of Wiley Edge, and your fiduciary duties and other obligations, including restrictive covenants contained in your Confidentiality, Restrictive Covenant, and Inventions Agreement, continue through this date.  Your employment will terminate on July 26.
>
> **Tom Seymour**
> **Senior Director, HR**
>
> **t:**   (+44) 207 870 4026
> **m:**  (+44) 7468 968 335
> **a:**   3 Harbour Exchange Square, Canary Wharf, London, E14 9GE
> **w:**   wileyedge.com
>
> <image001.png>
>
> **My working day may not be the same as yours – please do not feel obligated to reply to this email outside of your normal working hours**
>
> ---
>
> **From:** Robert Rolle <robertjrolle@gmail.com>
> **Sent:** 19 July 2022 19:23
> **To:** Seymour, Tom <Thomas.Seymour@mthree.com>
> **Cc:** Sweasy, Kelly <ksweasy@wiley.com>; Rob Rolle <robertjrolle@gmail.com>

**Subject:** Termination

 This is an external email.

Tom/Kelly,

Please be advised that I am terminating my relationship with Wiley Edge (Mthree) effective today and will not be completing the remainder of my garden leave.

Please do not pay me for any salary beyond Tuesday July 19th, 2022 as I am no longer your employee.

Regards,

Robert Rolle
860-560-3675
John Wiley & Sons Limited is a private limited company registered in England with registered number 641132. Registered office address: The Atrium, Southern Gate, Chichester, West Sussex, United Kingdom. PO19 8SQ.

---

The contents of this email and any attachments are confidential and intended only for the person or entity to whom it is addressed. If you are not the intended recipient, any use, review, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this message in error, please immediately notify the sender and permanently delete all copies of the email and any attachments.
Click here for translations of this disclaimer.